United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRI-MEALS LLC, ACUMARKETING LLC , and KEVIN LEVILLE,<br><br>        Plaintiff,<br><br>   v.<br><br>EYC GROUP LTD, EYC LTD., EYC USA INC., and HARKAMALJIT HAS DOSANJI,<br><br>        Defendant.<br>_____/ | No. C 08-80160 (MISC) VRW<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

   Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that the above captioned case is referred for the purpose of  hearing  the motion compel  to Magistrate Judge to be heard and considered at the convenience of his/her calendar. Counsel will be advised of the date, time and place of the hearing by notice from Magistrate Judge's chambers.

Dated: August 29, 2008

                                         _____
                                         VAUGHN R. WALKER
                                         UNITED STATES DISTRICT JUDGE