UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NUTRI-MEALS LLC,              )
ACUMARKETING LLC, AND KEVIN )
LEVILLE,                      )          No. C08-80160 MISC VRW (BZ)
                              )
          Plaintiff(s),       )
                              )          **ORDER SCHEDULING**
     v.                       )          **TELEPHONIC CONFERENCE**
                              )
EYC GROUP LTD, EYC LTD., EYC)
USA INC., and HARKAMALJIT     )
HAS DOSANJI,                  )
                              )
          Defendant(s).       )
_____)

     **IT IS HEREBY ORDERED** that a telephone conference to

discuss the outstanding discovery dispute involving the

subpoena served on Safeway is scheduled for **Thursday,**

**September 4, 2008 at 9:00 a.m.**  Counsel for plaintiffs shall

serve a copy of this Order upon counsel for Safeway

immediately.  Counsel shall contact **CourtCall**, telephonic

court appearances at **1-888-882-6878**, and make arrangements for

the telephonic conference call.

Dated: September 2, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\NUTRI-MEALS V. EYC GROUP\TEL CONF ORDER 1.wpd

1