UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRI-MEALS LLC, ACUMARKETING LLC, AND KEVIN LEVILLE,<br><br>    Plaintiff(s),<br><br>    v.<br><br>EYC GROUP LTD, EYC LTD., EYC USA INC., and HARKAMALJIT HAS DOSANJI,<br><br>    Defendant(s). | No. C08-80160 MISC VRW (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE** |

**IT IS HEREBY ORDERED** that a telephone conference to discuss the outstanding discovery dispute involving the subpoena served on Safeway is scheduled for **Thursday, September 4, 2008 at 9:00 a.m.** Counsel for plaintiffs shall serve a copy of this Order upon counsel for Safeway immediately. Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: September 2, 2008

                                          Bernard Zimmerman
                                United States Magistrate Judge

G:\BZALL\-REFS\NUTRI-MEALS V. EYC GROUP\TEL CONF ORDER 1.wpd

1