UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRI-MEALS LLC, ACUMARKETING LLC, AND KEVIN LEVILLE,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>EYC GROUP LTD, EYC LTD., EYC USA INC., and HARKAMALJIT HAS DOSANJI,<br><br>　　　　Defendant(s). | No. C08-80160 MISC VRW (BZ)<br><br>**CLERK'S NOTICE VACATING TELEPHONIC CONFERENCE** |

**PLEASE TAKE NOTICE,** the parties have advised the court that they are in the process of resolving the outstanding discovery dispute involving the subpoena served on Safeway, therefore the telephonic conference scheduled for Thursday, September 4, 2008 at 9:00 a.m. is **VACATED.**

Dated: September 3, 2008

　　　　　　　　　　　　　　　　　　　*Rose Maher*
　　　　　　　　　　　　　　　Rose Maher - Deputy Clerk to
　　　　　　　　　　　　　Magistrate Judge Bernard Zimmerman

G:\BZALL\-REFS\NUTRI-MEALS V. EYC GROUP\TEL CONF ORDER 1.VACATE.wpd

1